IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ENRIQUE ACOSTA,

      Petitioner,

vs.                                      CASE NO. 5:07cv33/RS

SCOTT A. MIDDLEBROOKS,

      Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 4). Petitioner has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Habeas Corpus (Doc. 1) is denied.

3. Petitioner's Motion to Proceed in Forma Pauperis (Doc. 9) is denied as moot.

4. This case is dismissed without prejudice.

5. The clerk is directed to close the file.

ORDERED on March 23, 2007.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**